Dennis L. Kennedy
Nevada Bar No. 1462
Joshua M. Dickey
Nevada Bar No. 6621
Paul C. Williams
Nevada Bar No. 12524
**Bailey✣Kennedy**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Defendant HCA Healthcare, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REGINA BAILEY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>HCA, INC.<br><br>                              Defendant. | Case No.  2:21-cv-01740-RFB-BNW<br><br>**Stipulation and Order to Set Aside Clerk's Entry of Default [ECF No. 23]** |

Pursuant to LR 7-1, Plaintiff Regina Bailey ("Plaintiff") and HCA Healthcare, Inc. (f/k/a HCA, Inc.) ("HCA" or "Defendant") (jointly, the "Parties") stipulate and agree as follows:

1. Plaintiff filed her Class Action Complaint on September 21, 2021.  (ECF No. 1.)

2. On or about November 19, 2021, Plaintiff served the Class Action Complaint on Defendant.  (ECF No. 2.)

3. Defendant did not respond to the Class Action Complaint on or before December 10, 2021.

4. On December 20, 2021, Plaintiff filed a Motion for Clerk's Entry of Default.  (ECF No. 20.)

5. Defendant appeared in this matter on January 7, 2022.  (ECF No. 21.)

6. On January 12, 2022, the clerk entered a default against Defendant.  (ECF No. 23.)

7. The Parties stipulate that the clerk's entry of default against Defendant (ECF No. 23) be set aside.

8. Defendant shall have until January 17, 2022, to file an answer to the Class Action Complaint.

9. This stipulation is made in good faith and not for purposes of unduly delaying discovery or trial.

Dated this 12th day of January, 2022.                Dated this 12th day of January, 2022.

BAILEY❖KENNEDY                                        THE CONSUMER PROTECTION FIRM, PLLC

By: /s/ Paul C. Williams                              By: /s/ Amanda J. Allen
    DENNIS L. KENNEDY                                       AMANDA J. ALLEN (Pro Hac Vice)
    JOSHUA M. DICKEY                                        401 East Jackson Street, Suite 2340
    PAUL C. WILLIAMS                                        Tampa, Florida 33602
*Attorneys for Defendant HCA Healthcare, Inc.*            Telephone: (813) 500-1500
                                                                   Facsimile: (813) 435-2369
                                                                   Amanda@TheConsumerProtectionFirm.com

                                                                   KAZEROUNI LAW GROUP, APC
                                                                   GUSTAVO PONCE, ESQ. (Nev. Bar No. 15084)
                                                                   MONA AMINI, ESQ. (Nev. Bar No. 15381)
                                                                   6069 South Fort Apache Road, Suite 100
                                                                   Las Vegas, Nevada 89148
                                                                   Telephone: (800) 400-6808
                                                                   Facsimile: (800) 520-5523
                                                                   E-mail: gustavo@kazlg.com
                                                                   mona@kazlg.com
                                                    *Attorneys for Plaintiff Regina Bailey*

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 13th day of January, 2022.

Respectfully submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
*Attorneys for Defendant HCA Healthcare, Inc.*