Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

Amanda J. Allen, Esq. (*Pro Hac Vice*)
Florida Bar No. 0098228
THE CONSUMER PROTECTION FIRM, PLLC
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com

*Attorneys for Plaintiff, Regina Bailey*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA BAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HCA, INC.; and VALLEY HEALTH SYSTEM, LLC<br><br>Defendants. | Case No. 2:21-cv-01740-RFB-BNW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HCA, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Regina Bailey, individually and on behalf of all others similarly situated, and Defendant HCA, Inc. ("HCA"), hereby stipulate that HCA is voluntarily dismissed, without

prejudice, from the above-captioned matter. Each side is to bear its own attorney's fees and costs.

**DATED** this 11th day of August, 2022.

Respectfully submitted,

/s/ *Amanda J. Allen*
Amanda J. Allen, Esq. (*Pro Hac Vice*)
Florida Bar No. 0098228
THE CONSUMER PROTECTION FIRM
401 E. Jackson Street, Suite 2340
Tampa, Florida  33602
P: (813) 500-1500; F: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada. 89148
P: (800) 400-6808; F: (800) 520-5523
Email: gustavo@kazlg.com
          mona@kazlg.com
*Attorneys for the Plaintiff*

/s/ *Paul C. Williams*
Dennis L. Kennedy
Nevada Bar No. 1462
Joshua M. Dickey
Nevada Bar No. 6621
Paul C. Williams
Nevada Bar No. 12524
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
DKenndy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
*Attorneys for the Defendant HCA, Inc.*

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
United States District Judge
DATED this 12th day of August, 2022.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on August 11, 2022, to all parties of record.

**THE CONSUMER PROTECTION FIRM, PLLC**
*/s/Amanda J. Allen*
Amanda J. Allen, Esq. (Pro Hac Vice)
401 East Jackson Street, Suite 2340
Tampa, Florida 33602

**KAZEROUNI LAW GROUP, APC**
*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HCA, INC.