Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

Amanda J. Allen, Esq. (*Pro Hac Vice*)
Florida Bar No. 0098228
THE CONSUMER PROTECTION FIRM, PLLC
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com

*Attorneys for Plaintiff, Regina Bailey*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINA BAILEY, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-01740-RFB-BNW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| VALLEY HEALTH SYSTEM, LLC | |
| Defendant. | |

COMES NOW, the Plaintiff, Regina Bailey, and Defendant Valley Health System, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and counts therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

BY:  /s/ *Amanda J. Allen*
Amanda J. Allen, Esq. (*Pro Hac Vice*)
Florida Bar No. 0098228
**THE CONSUMER PROTECTION FIRM**
401 E. Jackson Street, Suite 2340
Tampa, Florida  33602
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esquire
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave., Ste 250
Las Vegas, Nevada. 89103
Telephone: (800) 400-6808
Email: gustavo@kazlg.com
mona@kazlg.com

*/s/ Sherri M. Thome*
SHERI M. THOME, ESQUIRE,
Nevada Bar No. 008657
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
6689 Las Vegas Blvd.
South, Suite 200 Las Vegas, Nevada 89119
Telephone: (702) 727-1370
Facsimile: (702) 727-1401
SHERI.THOME@WILSONELSER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of April, 2023.

*/s/ Charles Weir*
Charles Weir, Esquire
California Bar No.: 211091
2049 Century Park East, Suite 1700
Los Angeles, California 90067
**MANATT, PHELPS & PHILLIPS, LLP**
Telephone: (310) 312-4000
cweir@manatt.com



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on April 14, 2023, to all parties of record.

**THE CONSUMER PROTECTION FIRM, PLLC**
/s/*Amanda J. Allen*
Amanda J. Allen, Esq. (Pro Hac Vice)
401 East Jackson Street, Suite 2340
Tampa, Florida 33602

**KAZEROUNI LAW GROUP, APC**
/s/ *Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148